| AO 10<br>Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2005** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>NEWMAN, Jon O | 2. Court or Organization<br><br>U.S.C.A., Second Circuit | 3. Date of Report<br><br>04/24/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>450 Main Street<br>Hartford, CT 06103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Corporator | Hartford Hospital |
| 2. Corporator | Institute of Living |
| 3. Elector | Hartford Atheneum |
| 4. Life Regent | University of Hartford |
| 5. Trustee | ▮▮▮▮▮▮▮ Charit. Rem. Unitrust |
| 6. Board Member | American Judicature Society |
| 7. Board Member | Connecticut Appleseed Foundation |
| 8. Chair | Friends of the Library of the Supreme Court of Israel, Inc. |
| 9. Board Member | Endowment Foundation of the Jewish Federation of Greater Hartford, Inc. |
| 10. Executor | Estate of ▮▮▮▮▮▮ |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 04/24/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Waiver of annual dues | Hartford Club | $ 1666.5 |
| 2. Partial reduction of annual dues | Tumble Brook Country Club | $ 4478.0 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ACCOUNTS AND CASH: | | | | | | | | | |
| 2. Bank of America -- West Htfd. CT., Checking Acct. | A | Interest | L | T | | | | | |
| 3. ▮Bank of America -- West Htfd., CT., Checking Acct. | | None | J | T | Closed | 1/10 | J | | |
| 4. Schwab 1, Htfd., Conn., Money Market Acct. | A | Interest | J | T | | | | | |
| 5. ▮Webster Bank, West Htfd., CT, Checking Acct. | A | Interest | K | T | Closed | 6/1 | K | | |
| 6. ▮Smith Barney, New Haven, CT., Money Market Acct. | D | Interest | M | T | | | | | |
| 7. Smith Barney, New Haven, CT., Money Market Acct. | A | Interest | N | T | | | | | |
| 8. BONDS: | | | | | | | | | |
| 9. ▮U.S. Treasury Bond 11.5 | E | Interest | M | T | | | | | |
| 10. ▮Conn. Bond '09 5.4 | A | Interest | K | T | | | | | |
| 11. Houma La. Transit '11 | C | Interest | L | T | | | | | |
| 12. Intermountain Utah Power '16 | C | Interest | L | T | Called | 7/21 | L | D | |
| 13. Jeff. Par. La. Hosp. '09 | A | Interest | J | T | | | | | |
| 14. Lafayette La. Transit '11 | B | Interest | K | T | | | | | |
| 15. W. Monroe La. '10 | B | Interest | K | T | | | | | |
| 16. W. Monroe La. '11 | A | Interest | J | T | | | | | |
| 17. Rapides Par. La. '10 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ███ CT G.O. '08 5.12 | D | Interest | M | T | | | | | |
| 19. CT Spl. Assmt. '07 5.1 | B | Interest | K | T | | | | | |
| 20. CT G.O. '10 5.2 | B | Interest | K | T | | | | | |
| 21. ███ CT G.O. '10 5.0 | B | Interest | K | T | | | | | |
| 22. CT Health '12 6.5 | C | Interest | L | T | | | | | |
| 23. ███ CT HFA '08 4.625 | B | Interest | K | T | | | | | |
| 24. ███ Conn. Health 5.25 '07 | B | Interest | K | T | | | | | |
| 25. ███ Conn. HFA 4.375 '08 | B | Interest | K | T | | | | | |
| 26. ███ Conn. G.0. 5.0 '09 | B | Interest | L | T | | | | | |
| 27. ███ Conn. 5.125 '11 | B | Interest | L | T | | | | | |
| 28. ███ Conn. G.0 5.0 '11 | A | Interest | K | T | | | | | |
| 29. ███ Conn. Spl. Tax 5.0 '12 | B | Interest | L | T | | | | | |
| 30. Conn. Health 4.9 '13 | B | Interest | K | T | | | | | |
| 31. Cheshire 5.0 '13 | B | Interest | L | T | | | | | |
| 32. Conn Refunding '06 5.0 | B | Interest | L | T | | | | | |
| 33. Conn. Housing '07 3.4 | B | Interest | K | T | | | | | |
| 34. Conn. Refunding '09 5.25 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Stratford '10 3.0 | A | Interest | K | T | | | | | |
| 36. New Haven '17 6.0 | B | Interest | K | T | | | | | |
| 37. Conn. G.0. '10 5.375 | A | Interest | K | T | Called | 10/3 | K | | |
| 38. Conn. Spl. Tax '05 5.0 | B | Interest | K | T | Matured | 10/3 | K | | |
| 39. Conn. Refunding '08 5.25 | A | Interest | J | T | | | | | |
| 40. ▓ Norwalk '05 4.0 | B | Interest | K | T | Matured | 10/3 | K | | |
| 41. E. Hampton '05 3.375 | B | Interest | K | T | Matured | 3/15 | K | | |
| 42. E. Hampton '07 3.375 | B | Interest | K | T | | | | | |
| 43. CT G.0. '06 0 | | None | K | T | | | | | |
| 44. CT Refunding '05 5.0 | B | Interest | K | T | Matured | 12/15 | K | | |
| 45. CT 6.0 '08 4.875 | B | Interest | K | T | | | | | |
| 46. Univ. CT. '07 4.25 | B | Interest | K | T | | | | | |
| 47. ▓ New Haven '07 4.0 | B | Interest | L | T | | | | | |
| 48. Meriden '11 3.75 | | None | L | T | | | | | |
| 49. UConn '10 5.0 | B | Interest | L | T | | | | | |
| 50. Stamford '10 3.0 | B | Interest | L | T | | | | | |
| 51. CT Rfdg '09 4.5 | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. South Central CT '06 2.0 | A | Interest | L | T | | | | | |
| 53. ⬛Norwalk '10 4.25 | B | Interest | L | T | | | | | |
| 54. ⬛CT Clean Water '06 4.0 | B | Interest | L | T | | | | | |
| 55. ⬛Canton '07 3.5 | A | Interest | K | T | | | | | |
| 56. E. Haven CT '08 3.0 | A | Interest | K | T | Buy | 8/15 | K | | |
| 57. CT G.0 '10 4.9 | A | Interest | K | T | Buy | 8/15 | K | | |
| 58. CT Tax '12 4.3 | A | Interest | J | T | Buy | 8/15 | J | | |
| 59. Seymour CT '13 3.5 | A | Interest | K | T | Buy | 8/15 | K | | |
| 60. Milford CT '13 5.4 | A | Interest | K | T | Buy | 8/31 | K | | |
| 61. UConn '14 5.25 | A | Interest | J | T | Buy | 8/31 | J | | |
| 62. Brookfield CT '11 4.25 | A | Interest | K | T | Buy | 9/12 | K | | |
| 63. CT Spl. Tax '12 5.5 | A | Interest | K | T | Buy | 9/19 | K | | |
| 64. New London CT '11 5.0 | A | Interest | K | T | Buy | 9/19 | K | | |
| 65. STOCKS: | | | | T | | | | | |
| 66. ⬛Dupont | C | Dividend | M | T | | | | | |
| 67. ⬛Exxon Mobil | A | Dividend | M | T | | | | | |
| 68. ⬛G.E. | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Norfolk Southern | A | Dividend | J | T | | | | | |
| 70. Royal Dutch Petroleum | C | Dividend | M | T | | | | | |
| 71. M & T Bank | A | Dividend | L | T | | | | | |
| 72. Pfizer | A | Dividend | L | T | | | | | |
| 73. Insteel | | None | J | T | | | | | |
| 74. Air Products | B | Dividend | M | T | | | | | |
| 75. Johnson Contr. | C | Dividend | M | T | | | | | |
| 76. Merck | D | Dividend | N | T | | | | | |
| 77. Alexander and Baldwin | A | Dividend | K | T | | | | | |
| 78. Royce Trust | B | Dividend | L | T | | | | | |
| 79. Bethlehem Steel | | None | J | T | | | | | |
| 80. Corning | | None | K | T | | | | | |
| 81. Cummings Engine | A | Dividend | K | T | | | | | |
| 82. Minn. Mining | B | Dividend | L | T | | | | | |
| 83. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 84. Enron | | None | J | T | | | | | |
| 85. Microsoft | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Cisco | | None | L | T | | | | | |
| 87. Total Fina | D | Dividend | M | T | | | | | |
| 88. Honeywell | A | Dividend | K | T | | | | | |
| 89. Lucent | | None | J | T | | | | | |
| 90. Pitney Bowes | A | Dividend | K | T | | | | | |
| 91. Devon Energy | A | Dividend | K | T | | | | | |
| 92. FNMA | A | Dividend | K | T | | | | | |
| 93. Philips | A | Dividend | K | T | | | | | |
| 94. Tyco | A | Dividend | K | T | | | | | |
| 95. Nokia | A | Dividend | J | T | | | | | |
| 96. Red Hat | | None | J | T | | | | | |
| 97. Pfizer | B | Dividend | K | T | | | | | |
| 98. Medco | | None | K | T | | | | | |
| 99. Calamos Fund | B | Dividend | L | T | | | | | |
| 100. Smith Barney Capital Fund | A | Dividend | L | T | | | | | |
| 101. OTHER: | | | | | | | | | |
| 102. Trust held by Schwab & Co. (Pooled Funds & State Bonds) | D | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ▮Trust held by Schwab & Co. (pooled funds & state bonds) | E | Dividend | N | T | | | | | |
| 104. ▮/2 Int. W. Htfd., CT., Condo purchased 8/9/88 $115,000 | | None | L | R | | | | | |
| 105. Thames & Hudson Royalty Contract | C | Royalty | J | W | | | | | |
| 106. ▮▮▮▮▮▮▮Charitable Remainder Unitrust, consisting | E | Interest | O | T | Terminated | 5/19 | O | | |
| 107. of Municipal Bonds: | | | | | | | | | |
| 108. - Houma La. '10 | | | | | | | | | |
| 109. - Jefferson Par. La. '16 | | | | | | | | | |
| 110. - Prudential money mkt fund | | | | | | | | | |
| 111. - Camden, N.J. '14 | | | | | | | | | |
| 112. - Pike Wash, '11 | | | | | | | | | |
| 113. - Salt River, Ariz. '16 | | | | | | | | | |
| 114. - West Lane, OR. '12 | | | | | | | | | |
| 115. - Port Seattle, WA '17 | | | | | | | | | |
| 116. - San Bernadino, CA '16 | | | | | | | | | |
| 117. - East Bay, CA '16 | | | | | | | | | |
| 118. - Manatee, FL '21 | | | | | | | | | |
| 119. - Middlesex City, N.J. '19 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Mass. Health 4.5 '14 | | | | | | | | | |
| 121. - Baton Rouge, LA '17 4.7 | | | | | | | | | |
| 122. ●Condo, University Park, FL purchased 4/9/99, $179,000 | C | Rent | M | R | | | | | |
| 123. AIG Annuity (IRA) | B | Interest | K | T | | | | | |
| 124. ●AIG Annuity (IRA) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O | 04/24/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII:

Lines 2 and 3: Fleet Bank was acquired by Bank of America.

Lines 3, 5, 6, 9, 10, 18, 21, 23-29, 40, 47, 53-55, 66-73, 77-81, 88-94: All assets owned by ▇▇▇▇ became the property of the Estate of ▇▇▇▇▇▇▇▇ at her death on February 8, 2005.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544